```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07813
   VERNICE WOOTEN PETTY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0071


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/01/2008 and was not confirmed.

     The case was dismissed without confirmation 06/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
OCWEN FEDERAL BANK      CURRENT MORTG        .00           .00            .00
OCWEN FEDERAL BANK      SECURED NOT I        .00           .00            .00
ROUNDUP FUNDING LLC     UNSECURED         1486.69          .00            .00
PRO SE DEBTOR           DEBTOR ATTY          .00                          .00
TOM VAUGHN              TRUSTEE                                           .00
DEBTOR REFUND           REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                               ---------------        ---------------
TOTALS                                 .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/25/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```